| | AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Jose Manuel RAMIREZ-RODRIGUEZ,
a/k/a Bernando SEGOVIA-RODRIGUEZ,

Case No.  Case: 2:24−mj−30337
Assigned To : Unassigned
Assign. Date : 8/12/2024
USA V. RAMIREZ−RODRIGUEZ (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 07, 2024 _____ in the county of _____ Washtenaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a),(b)(1) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about August 07, 2024, in the Eastern District of Michigan, Southern Division, Jose Manuel RAMIREZ-RODRIGUEZ, an alien from Mexico who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed from the United States on or about March 28, 2023, at or near Brownsville, Texas, was found in the United States, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a),(b)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 12, 2024

*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since February 2007. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Jose Manuel RAMIREZ-RODRIGUEZ, which reveal the following:

2. Jose Manuel RAMIREZ-RODRIGUEZ is a thirty-seven-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On August 10, 2006, Border Patrol arrested RAMIREZ-RODRIGUEZ in Detroit, MI and served him with Form I-862 Notice to Appear. On December 11, 2006, an Immigration Judge in Detroit, MI ordered RAMIREZ-RODRIGUEZ removed from the U.S. to Mexico. On December 19, 2006, ICE removed RAMIREZ-RODRIGUEZ from the U.S. to Mexico through Laredo, TX.

4. On December 23, 2006, Border Patrol arrested RAMIREZ-RODRIGUEZ under alias SEGOVIA-RODRIGUEZ, Bernardo in Laredo, TX and granted him Voluntary Return. Border Patrol returned RAMIREZ-RODRIGUEZ to Mexico through Laredo, TX on this same day.

5. On April 4, 2014, ERO Detroit arrested RAMIREZ-RODRIGUEZ in Detroit, MI and served him with Form I-871 Notice of Intent/Decision to Reinstate Prior Order. On April 22, 2014, ICE removed RAMIREZ-RODRIGUEZ from the U.S. to Mexico through Laredo, TX.

6. On January 30, 2018, ERO Detroit arrested RAMIREZ-RODRIGUEZ in Ann Arbor, MI and served him with Form I-871 Notice of Intent/Decision to Reinstate Prior Order.

7. On June 29, 2018, the U.S. District Court Eastern District of Michigan convicted RAMIREZ-RODRIGUEZ for the offense of Unlawful Re-entry, in violation of Title 8 U.S.C. Section 1326(a), and sentenced him to time served.

8. On July 10, 2018, ICE removed RAMIREZ-RODRIGUEZ from the U.S. to Mexico through Laredo, TX.

9. On December 13, 2022, ERO Detroit arrested RAMIREZ-RODRIGUEZ in Washtenaw County, MI and served him with Form I-871 Notice of Intent/Decision to Reinstate Prior Order. On March 28, 2023, ICE removed RAMIREZ-RODRIGUEZ from the U.S. to Mexico through Brownsville, TX.

10. On August 7, 2024, the ERO Detroit North Team traveled to the area of Ravenwood Ave and Sequia Parkway, Ann Arbor, MI 48103 in search of a non-citizen Jose RAMIREZ-RODRIGUEZ, who is the target of an approved Field Operations Worksheet. At approximately 9:00 a.m., a male matching the physical description of RAMIREZ-RODRIGUEZ departed the residence in a black colored Honda CRV bearing MI plate 6PXT22 as a front passenger. ICE Officers initiated a vehicle stop at or near Dexter and Waterman Rd in Ann Arbor, MI, approached, identified themselves and conducted a field interview to identify the occupants of the vehicle based on the reasonable suspicion that this individual matched the description of the target seen exiting the target's last known residence at or near Ann Arbor, MI. ICE Officers contacted the driver of the vehicle and requested identification from the occupants. The driver presented an ID bearing the name of Jose Bolanos, a United States citizen. The passenger identified himself verbally as Jose Manuel RAMIREZ-RODRIGUEZ and stated he is a citizen and national of Mexico establishing probable cause to arrest RAMIREZ-RODRIGUEZ because he is not in possession of valid immigration documents allowing him to be or remain in the United States legally. ICE Officers placed RAMIREZ-RODRIGUEZ under arrest and transported him the Field Office for processing, without incident.

11. On August 7, 2024, Jose RAMIREZ-RODRIGUEZ'S, DOB: XXXX1987, AXXX XXX 870 fingerprints were searched in the ICE/FBI systems by Immigration and Customs Enforcement officers and returned with a positive match for Jose RAMIREZ-RODRIGUEZ, DOB: XXXX1987, AXXX XXX 870 a previously removed non-citizen.

12. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

13. On or about August 07, 2024, ICE Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that Jose RAMIREZ-RODRIGUEZ, AXXX XXX 870, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

14. Based on the above information, I believe there is probable cause to conclude that Jose RAMIREZ-RODRIGUEZ, is a non-citizen, who had previously been convicted of a felony offense and who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security, all in violation of Title 8, United States Code, Section 1326(a), (b)(1).

_____
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. Kimberly Altman
United States Magistrate Judge

Dated: August 12, 2024